

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2018

No. 04-17-00730-CR

Terrence Jerome **BYRD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR9362W
Honorable Olin B. Strauss, Judge Presiding

# O R D E R

Appellant's motion for extension of time is GRANTED. We ORDER appellant to file his brief on or before April 16, 2018.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2018.

_____
Keith E. Hottle
Clerk of Court